UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GOINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No.16-cv-04613-JSC<br><br>**ORDER DISMISSING CASE** |

Plaintiff Raphael Goins filed this civil action through counsel on August 12, 2016. (Dkt. No. 1.) The Court granted Plaintiff's application to proceed in forma pauperis and the clerk issued a clerk's notice requesting the address(es) for service of process. (Dkt. Nos. 5 & 8.)  Plaintiff failed to respond, although Plaintiff separately filed his consent to the jurisdiction of a magistrate judge. (Dkt. No. 10.)  On November 8, 2016, the Court ordered Plaintiff to provide Defendants' addresses for service of process by November 14, 2016.  (Dkt. No. 11.)  The Court's order warned Plaintiff that failure to do so would result in dismissal of this action without prejudice.  To date, Plaintiff has still not provided the addresses for service of process or otherwise communicated with the Court.   Accordingly, the complaint is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated:  November 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge